UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

KIMBERLY S. SULLIVAN a/k/a KIMN S. SULLIVAN, on behalf of herself and others similarly situated,

        Plaintiff,

v.

MARINOSCI LAW GROUP, P.C., P.A.

        Defendant.

---

Civil Action No. 9:18-cv-81368-DMM-DLB

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (DE 34) and Plaintiff's Unopposed Motion for Approval of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (DE 35). The Motions were filed on October 18, 2019, and October 21, 2019, respectively. On November 21, 2019, the Court conducted a Fairness Hearing on the Motions; at the hearing, I heard argument regarding the Motions.

For the reasons stated in open Court, and for the reasons reiterated in the upcoming Final Order and Judgment, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (DE 34) is **GRANTED.**

2. Plaintiff's Unopposed Motion for Approval of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (DE 35) is **GRANTED.**

3. A Final Order and Judgment will be entered by separate order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22 day of November, 2019.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE